296 A.2d 925.

NANCY E. SALVATI *vs.* FRANK L. SALVATI.

DECEMBER 15, 1972.

PRESENT: Roberts, C. J., Paolino, Powers, Joslin and Kelleher, JJ.

PER CURIAM. This cause is before us on the petitioner's appeal from a decree entered in the Family Court ordering her to make certain monthly payments to her husband. The state of the record before us is such that we are unable to review the decree appealed from.

In the circumstances the appeal is denied and dismissed without prejudice and the cause is remanded to the Family Court for further proceedings.

*Kirshenbaum & Kirshenbaum, Alfred Factor,* for petitioner.

*Cerilli, Attilli & Cerilli, Benedetto A. Cerilli, Sr., Leo P. Attilli,* for respondent.